JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, SUITE A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cv-2349 |
|---|---|
| Plaintiff, | |
| vs. | COMPLAINT ON PROMISSORY NOTE |
| JOHN F. CORNEJO, AKA JOHN CORNEJO, | (DEPARTMENT OF EDUCATION) |
| Defendant, | |

For its claim, the plaintiff alleges as follows:

This court has jurisdiction under Title 20 U.S.C. §1080. The defendant resides in the County of Los Angeles. This claim arose in connection with a Government insured or guaranteed student loan made by a private lender and assigned to the United States.

Defendant is indebted to plaintiff on unpaid promissory notes, signed by defendant in the principal amount of $18,736.15, plus interest accrued to March 30, 2015, in the sum of $16,011.97, with interest accruing thereafter at $5.13 per day; plus attorney's fees, and costs.

Defendant is in default under the terms of said notes and despite repeated demands upon defendant to pay, a balance is still owed.

WHEREFORE, plaintiff prays for judgment against defendant in the principal amount of $18,736.15, plus interest accrued to March 30, 2015, in the sum of $16,011.97, with interest accruing thereafter at $5.13 per day; plus attorney's fees, and costs.

DATED: March 30, 2015

_____
JACQUELYNE M. NGUYEN
ATTORNEY FOR THE PLAINTIFF